# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TU JUANNA D. BUTCHER, | Case No. CV 10-00996 DMG (RCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MATTEL, INC., | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Mattel, Inc. and against Plaintiff Tu Juanna D. Butcher, who shall take nothing.

**IT IS SO ORDERED**.

DATED: June 14, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE